**Juan Anibal AGUIRRE–AGUIRRE, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

**No. 99–70835.**

**INS No. A70–815–341**

United States Court of Appeals, Ninth Circuit.

Order Filed July 31, 2001

Before: PREGERSON, NOONAN, and KLEINFELD, Circuit Judges.

## ORDER

The INS' motion to correct the order filed on April 17, 2001 is GRANTED.

The order is hereby amended as follows:

At slip opinion page 4692 the sentence: "October 26, 1999, this court remanded the case to the Board" is replaced with: "October 26, 1999, this court denied Aguirre's petition for review."